Proceeding pursuant to CPLR article 78, inter alia, in the nature of prohibition to prohibit the respondents from proceeding with an underlying criminal prosecution entitled People v Jacquet, commenced in the Supreme Court, Queens County, under indictment No. 2319/14, and application by the petitioner for poor person relief.
 

 Ordered that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied; and it is further,
 

 Adjudged that the proceeding is dismissed, without costs or disbursements.
 

 This proceeding must be dismissed, as the petitioner failed to properly serve the respondents (see Matter of Lazich v Nicolai, 254 AD2d 420 [1998]; Matter of Bell v State Univ. of N.Y. at Stony Brook, 185 AD2d 925 [1992]; Matter of Kelly v Scully, 152 AD2d 698 [1989]; Matter of Brown v Scully, 135 AD2d 713 [1987]).
 

 Eng, P.J., Balkin, Austin and Sgroi, JJ., concur.